UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN FEGAN,<br><br>                    Petitioner,<br><br>        v.<br><br>ARNOLD FRAUENHEIM,<br><br>                    Respondent. | No.  1:16-cv-01142-SKO  HC<br><br><br>**ORDER DIRECTING CLERK<br>TO AMEND CAPTION** |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody."  Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts.  Petitioner has advised the Court that he is presently incarcerated in California State Prison-Solano, Vacaville, California.  As a result, Eric Arnold, Warden of California State Prison-Solano, has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Eric Arnold, Warden, California State Prison-Solano, as Respondent.


IT IS SO ORDERED.

Dated:   **August 19, 2016**                                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

1