UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FEGAN,<br><br>           Petitioner,<br><br>    v.<br><br>ARNOLD FRAUHEIM AND ERIC ARNOLD,<br><br>           Respondents. | No.  1:16-cv-01142-SKO  HC<br><br>**ORDER DENYING MOTION TO RETAIN DOCUMENTS**<br><br>**(Doc. 9)** |

On August 4, 2016, Petitioner Steve Fegan filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, seeking relief from his original conviction and from the decision of the California Parole Board.[1]  On August 30, 2016, the Court dismissed the petition for lack of jurisdiction over either claim.  Claiming poverty, Petitioner now moves the Court "to retain the original documents."  The context of the motion indicates that Petitioner seeks to have the Court return his original documents so that he need not make copies.

As set forth in the Clerk's letter confirming the filing of the petition and providing the case number (Doc. 3), the Court does not provide copies of documents to parties.  "Copies of documents may be obtained from Attorney's Diversified Services (ADS) by writing to them at

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), Petitioner consented, in writing, to the jurisdiction of a United States Magistrate Judge to conduct all further proceedings in this case, including the entry of final judgment.

1

1424 21st Street, Sacramento, CA 95814, or phoning 916-441-4396.  The court will provide copies of docket sheets at $0.50 per page.  **Note: In Forma Pauperis status does not include the cost of copies.**"  Doc. 3 (emphasis original).

In any event, no purpose would be served by returning a copy of the petition to Petitioner.  The petition consisted of a seven-page form petition and a copy of the order authorizing withdrawal of the requisite postage from Petitioner's trust account.  The petition was dismissed for lack of federal jurisdiction over either claim.  Petitioner can neither refile the petition nor reuse a copy of the petition in any other way.

The motion to retain documents filed in this case is hereby DENIED.

IT IS SO ORDERED.

Dated:   **September 20, 2016**                    /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE